# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MODE TRANSPORTATION, LLC, | : | Case No. 3:20-cv-372 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| AEGEAN APPAREL INTERNATIONAL, INC., | : | |
| Defendant. | : | |

## ORDER

The discovery phase of this case has ended. No discovery motions or other matters referred to the undersigned Judicial Officer remain pending. The parties confirmed in the teleconference on September 13, 2021 with the undersigned Judicial Officer that discovery is complete in the case. The parties notified the Court that they had reached a tentative settlement effectuated with the entry of a consent judgement and eventual dismissal of the underlying suit upon the conclusion of a series of payments. The parties have thirty (30) days from the date of this Order to docket the appropriate filings with Judge Newman setting out the tentative settlement so that the case can be removed from the Court's trial docket. If the parties need additional time, they should contact Judge Newman's Chambers.

The case is presently set for further proceedings, including trial, before United States District Judge Michael J. Newman. The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No motions or other matters in this case remain pending before the undersigned Judicial Officer.

**IT IS SO ORDERED.**

September 13, 2021

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge