UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MODE TRANSPORTATION, LLC,

    Plaintiff,

vs.

AEGEAN APPAREL
INTERNATIONAL, LLC,

    Defendants.

Case No. 3:20-cv-372

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO DISMISS THIS CASE (DOC. NO. 34); (2) DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE; (3) DENYING AS MOOT THE PARTIES' JOINT MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. NO. 27); AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This case is before the Court on the parties' joint motion for dismissal. Doc. No. 34. Upon review of the motion and the record, the Court hereby **GRANTS** the parties' motion. Fed. R. Civ. P. 41(a)(2). Accordingly,

1. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**;

2. The parties' joint motion for judgment on the pleadings (Doc. No. 27) is **DENIED AS MOOT**; and

3. This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

Date:   January 25, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge